**Milford HUGHES**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Sept. 30, 1960.

Fritz Krueger, Somerset, for appellant.

John B. Breckinridge, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for appeal from a judgment of the Pulaski Circuit Court, R. C. Tartar, J., convicting Milford Hughes of violating the local option law and imposing 60-day jail sentence and $100 fine.

A review of the record discloses no prejudicial error.

Motion overruled. The judgment stands affirmed.